IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PEDRO ALONSO,

    Plaintiff,

v.                                        CASE NO. 4:08cv473-SPM/AK

WALTER MCNEIL, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated June 17, 2009 (doc. 6). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders.

DONE AND ORDERED this 17th day of July, 2009.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                Chief United States District Judge